UNITED STATES of America,
Plaintiff–Appellee,

v.

Shawna TICKLES, also known as
Shawna Tickless, Defendant–
Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jabar Gibson, Defendant–Appellant.

Nos. 10–30852, 10–31085.

United States Court of Appeals,
Fifth Circuit.

Aug. 14, 2012.

Catherine M. Maraist, Helina S. Dayries, Robert William Piedrahita, Asst. U.S. Attys., Baton Rouge, LA, for Plaintiff–Appellee in No. 10–30852.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant in No. 10–30852.

Edward John Rivera, Diane Hollenshead Copes, Asst. U.S. Attys., New Orleans, LA, for Plaintiff–Appellee in No. 10–31085.

Gary V. Schwabe, Jr., Valerie Welz Jusselin, Asst. Fed. Pub. Defenders, Fed. Pub. Defender's Office, New Orleans, LA, for Defendant–Appellant in No. 10–30852.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:

After our opinion was issued in these consolidated cases, the Supreme Court decided *Dorsey v. United States,* —— U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). *Dorsey* held, contrary to our opinion, that the more lenient penalties of the Fair Sentencing Act ("Act") apply to offenders who committed an offense before the Act was passed, but were sentenced after the Act was enacted. We therefore VACATE and REMAND these cases for resentencing consistent with the Court's holding in *Dorsey.*